[No. 43444-0-II.   Division Two.   February 20, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL DAVID
COLLINS II, *Appellant*.

Appeal from a judgment of the Superior Court for
Skamania County, No. 11-1-00071-9, Brian P. Altman, J.,
entered January 12, 2012. *Reversed* and *remanded with
instructions* by unpublished opinion per Lee, J., concurred
in by Penoyar and Maxa, JJ.

[No. 43552-7-II.   Division Two.   February 20, 2014.]

LLOYD V.E. OLSON, *Petitioner*, v. THE WASHINGTON STATE
MEDICAL QUALITY ASSURANCE COMMISSION, *Respondent*.

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 10-2-02859-2, Wm. Thomas McPhee, J.,
entered May 11, 2012. *Affirmed* by unpublished opinion per
Johanson, A.C.J., concurred in by Bjorgen and Maxa, JJ.

[No. 43645-1-II.   Division Two.   February 20, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN SCOTT
LONERGAN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 11-1-01929-2, Richard A. Melnick, J., entered
June 22, 2012. *Affirmed in part* and *remanded with instruc-
tions* by unpublished opinion per Lee, J., concurred in by
Penoyar and Maxa, JJ.

[Nos. 43672-8-II; 44032-6-II.   Division Two.   February 20, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. TODD CHRISTOPHER
GRANGE, *Appellant*.

Appeals from a judgment of the Superior Court for
Cowlitz County, No. 08-1-00670-8, Michael H. Evans, J.,
entered June 22, 2012. *Affirmed* by unpublished opinion per
Maxa, J., concurred in by Penoyar and Lee, JJ.